| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.

BOBBY SAUNDERS, ET AL.,

        Defendant.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 3 (BSJ)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSA Michael Q. English, who is already on the case, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney for the
                                          Southern District of New York

                                By:    /s/
                                    Elizabeth F. Maringer
                                    Assistant United States Attorney
                                    (212) 637- 2402

TO:    All counsel of record