**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**

Tel. (212)267-1911
Fax. (212)964-2926

March 3, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

By Fax

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York  10007

Re:  United States v. Bobby Saunders, et al.
     S4 07 Cr. 03  (BSJ)

Dear Judge Jones:

I represent **Delroy Lee**, a defendant in the above-referenced Superceding Indictment, which charges him with capitol offenses.

Pursuant to Title 18 U.S.C. section 3005, defendant respectfully makes application to the Court for the assignment of a second counsel, learned in the law applicable to capitol cases, to assist in presenting a full defense on behalf of defendant.

I have enclosed herein the Resume of George R. Goltzer, Esq., whom I seek to have the Court assign as "learned counsel", to assist me in presenting a full defense on behalf of defendant. As detailed in the enclosed Resume, Mr. Goltzer has substantial experience in handling capitol cases, and is available to serve as "learned counsel" in this case.

Accordingly, given the statutory mandate, and Mr. Goltzer's qualifications, defendant respectfully requests that the Court grant this application.

Respectfully submitted,

Application Granted

Winston Lee

Enclosure

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
March 6, 2008