UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELROY LEE,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 07-cr-0003 (LAP)<br>18-cv-1856 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

     The Court requests that the parties submit supplemental briefing regarding what impact, if any, the Supreme Court's recent decision in <u>United States v. Taylor</u>, 142 S. Ct. 2015 (2022) has on Mr. Lee's pending § 2255 petition.  Petitioner shall file his supplemental brief on or before July 28, 2022.  The Government shall file its supplemental brief on or before August 11, 2022.  The Clerk of the Court shall mail Mr. Lee a copy of this order.

**SO ORDERED.**

Dated:    July 13, 2022
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge