UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELROY LEE,

               Petitioner,

-against-

UNITED STATES OF AMERICA,

               Respondent.

07-CR-0003 (LAP)
18-cv-1856 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall file its supplemental brief regarding what impact, if any, the Supreme Court's recent decision in United States v. Taylor, 142 S. Ct. 2015 (2022) has on Mr. Lee's pending § 2255 petition on or before Monday, August 29, 2022.

**SO ORDERED.**

Dated:    August 15, 2022
           New York, New York

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1