UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELROY LEE,<br><br>　　　　　　　　　Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Respondent. | 07-CR-00003 (LAP)<br>18-cv-1856 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　On September 15, 2023, Delroy Lee submitted a notice of appeal, (case number 07-CR-00003, dkt. no. 984), regarding the Court's opinion and order granting in part and denying in part his motion to vacate his sentence pursuant to 28 U.S.C. § 2255, (dkt. no. 981). Because the motion makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

　　The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

1

**SO ORDERED.**

Dated:     October 6, 2023
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge