```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DELROY LEE,<br><br>                    Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | 07-CR-00003 (LAP)<br>18-CV-1856 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant's letter, dated May 15, 2024, (see dkt. no. 1012), which the Court construes as a pro se motion for a sentence reduction under the First Step Act or, in the alternative, for a de novo resentencing hearing following the Court's opinion and order vacating in part Defendant's sentence pursuant to 28 U.S.C. § 2255, (see dkt. no. 981.)

Defendant has also requested the appointment of counsel to assist with his motion for relief under the First Step Act or for a de novo resentencing.  Accordingly, Nola B. Heller is hereby appointed to represent Defendant as CJA counsel for the relief Defendant seeks in his letter.  Counsel shall supplement Defendant's pro se motion no later than July 3, 2024.

The Government shall respond to Defendant's pro se motion and to counsel's supplement no later than July 31, 2024.

1

The Clerk of the Court shall mail a copy of this order to Mr. Lee.

**SO ORDERED.**

Dated:    May 29, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge