UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DELROY LEE,<br><br>                              Defendant. | Case Nos.: 07 Cr. 3, 18 Civ. 1856 |

**[PROPOSED] ORDER GRANTING ACCESS TO
DEFENDANT DELROY LEE'S UNREDACTED SENTENCING MEMORANDUM**

Defendant Delroy Lee's request for access to a copy of the unredacted version of his prior Sentencing Memorandum, Dkt. No. 486 in the above-captioned matter is hereby **GRANTED**. The Court directs the Clerk of Court to provide Mr. Lee's counsel, McDermott Will & Emery LLP, with access to an unredacted version of Dkt. No. 486, filed March 15, 2011, in the above-captioned matter.

SO ORDERED,

Dated: October 30, 2024

HON. LORETTA A. PRESKA