UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

DELROY LEE,

                Defendant.

No. 07-CR-03 (LAP)
No. 18-CV-1856 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's letter motion requesting the Court reconsider its decision on Defendant's motion for resentencing and compassionate release in light of a recent decision by the Supreme Court. (Dkt. no. 73.) The Government shall respond to Defendant's motion no later than September 12, 2025. Defendant may submit a reply no later than October 10, 2025.

**SO ORDERED.**

Dated:    August 12, 2025
           New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge

1