UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DELROY LEE,<br><br>                    Defendant. | Case No. 07-cr-03, 18-cv-1856<br><br>**ORDER GRANTING MOTION TO WITHDRAW OF JACQUELINE K. WINTERS** |

        Having considered the Motion to Withdraw of Jacqueline K. Winters, **IT IS HEREBY**

**ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court is respectfully requested to

remove Ms. Winters from the CM/ECF service list for this action.

Dated:  January 14, 2026
         New York, New York

_Loretta A. Preska_
Hon. Loretta A. Preska
Senior United States District Judge

The Clerk of the Court shall close docket number 1049 in 07-cr-03
and docket number 77 in 18-cr-1856 .